UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | |
|---|---|
| MARTIN J. WALSH, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br><br>  Plaintiff,<br><br>  v.<br><br>BICALLIS, LLC, BRYAN HILL, and BICALLIS, LLC 401(K) PLAN,<br><br>  Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>: Civil Action No. 1:21-cv-01746<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**JOINT MOTION TO APPROVE AND ENTER CONSENT JUDGMENT**

Plaintiff Martin J. Walsh, Secretary of Labor, United States Department of Labor and Defendants Bicallis, LLC, Bryan Hill, and the Bicallis, LLC 401(k) Plan, respectfully move this Court to Approve and Enter the Consent Judgment, as agreed to by the parties. In support thereof, the parties state that they have reached an agreement for the purpose of settling the above-referenced matter. The terms of this agreement are set forth in the Consent Judgment attached hereto, which was executed by the Secretary's counsel and by Defendant Bryan Hill, individually and on behalf of Defendants Bicallis, LLC and the Bicallis, LLC 401(k) Plan.

WHEREFORE, for the reasons set forth above, the parties respectfully request that the Court enter the Consent Judgment attached hereto.

                Respectfully Submitted,

                **UNITED STATES DEPARTMENT OF LABOR**

Mailing Address:         Seema Nanda

U.S. Department of Labor      Solicitor of Labor
Office of the Regional Solicitor
1835 Market Street        Oscar L. Hampton III
Mailstop SOL/22         Regional Solicitor
Philadelphia, PA 19103-2968

(215) 861-5136 (voice)  Richard T. Buchanan
(215) 861-5162 (fax)  Deputy Regional Solicitor

*/s/ Alejandro A. Herrera*
Alejandro A. Herrera
Trial Attorney
PA 326897; NY 5235601
herrera.alejandro.a@dol.gov

*Counsel for Plaintiff*


*/s/ Timothy M. Gunning*
Timothy M. Gunning
Federal Bar No. 08158
Wyatt & Gunning LLC
100 W. Pennsylvania Ave., Suite 10
Towson, MD 21204
Telephone: 410-296-5960
Fax: 410-296-3443
tgunning@wyattgunning.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that, on May 5, 2022, I electronically filed the foregoing JOINT MOTION TO APPROVE AND ENTER CONSENT JUDGMENT and the accompanying documents by using the CM/ECF system.


Date: May 5, 2022                                   */s/ Alejandro A. Herrera*
                                                    Alejandro A. Herrera
                                                    Trial Attorney
                                                    PA 326897; NY 5235601