# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MARTIN J. WALSH, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | : : : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action No. 1:21-cv-01746 |
| BICALLIS, LLC, BRYAN HILL, and BICALLIS, LLC 401(K) PLAN, | : : : | |
| Defendant(s). | : : : : | |

## ~~PROPOSED~~ ORDER MODIFYING CONSENT JUDGMENT

AND NOW this \_\_\_23rd\_\_\_ day of May, 2022, upon consideration of the parties' joint motion to modify the Consent Judgment of record in this matter (ECF No. 29), the motion is GRANTED and it is hereby ORDERED, ADJUDGED, and DECREED that:

1. The Consent Judgment in this matter (ECF No. 29) is modified in the following respects:

    a. Paragraph 3 is modified to change the total amount due under the Consent Judgment from $151,941.93 to $152,591.93;

    b. Paragraph 3 is modified to change "$3,090" to "$3,740";

    c. Paragraph 4 is modified to change the total amount due under the Consent Judgment from $151,941.93 to $152,591.93;

    d. Paragraph 4 is modified to change "$119,941.93" to "$120,591.93"; and

    e. Paragraph 10 is modified to change "$3,090" to "$3,740".

2. Except as provided in this Order, the Consent Judgment is affirmed and remains in place. This Order does not modify any provisions of the Consent Judgment except as expressly set forth above.

/s/
_____
HONORABLE STEPHANIE A. GALLAGHER
UNITED STATES DISTRICT JUDGE