# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Martin J. Walsh<br>*Secretary of Labor, United States Department of Labor*,<br><br>  Plaintiff,<br><br>v.<br><br>Bicallis, LLC, et al.,<br><br>  Defendants. | Civil Case No. SAG-21-1746 |

## ORDER

Upon consideration of the Joint Status Report, ECF 77, it is, this 3rd day of April 2024, HEREBY ORDERED that an updated joint status report is due by **April 30, 2024**. If Plaintiff is not paid by April 30, 2024, a civil contempt hearing will be scheduled.

/s/
Stephanie A. Gallagher
United States District Judge