# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Martin J. Walsh<br>*Secretary of Labor, United States Department of Labor*,<br><br>    Plaintiff,<br><br>v.<br><br>Bicallis, LLC, et al.,<br><br>    Defendants. | Civil Case No. SAG-21-1746 |

## ORDER TO ARREST BRYAN HILL

On September 3, 2024, this Court ordered that, unless a payment of $100,100 was made to the Independent Fiduciary, Defendant Bryan Hill shall self-surrender to the United States Marshal for the District of Maryland, United States Courthouse, 101 West Lombard Street, Baltimore, Maryland, 21201 on September 20, 2024 before 11:00 a.m., for civil confinement. Due to the failure of Defendant Hill to make the payment and thereby to self-surrender, as ordered, the clerk IS DIRECTED to issue a warrant for the arrest of Defendant Bryan Hill. The United States Mashal shall detain him in custody for civil confinement that will continue until Defendant makes the final payment in the amount of $100,100.

SO ORDERED this 25th day of September, 2024.

                                    /s/
                        Stephanie A. Gallagher
                        United States District Judge